UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER,

                                              NO. CIV. S-06-295 LKK/PAN (JFM)

        Plaintiff,

   v.                                             O R D E R

CATHOLIC HEALTHCARE WEST,

        Defendant.
                             /

    The court is in receipt of a joint request to continue the Status Conference currently scheduled for April 24, 2006. Good cause appearing, the Status Conference is CONTINUED to June 12, 2006 at 2:30 p.m. in Chambers. The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference.

    IT IS SO ORDERED.

    DATED: April 7, 2006

                                        /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT