UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER and
CONIE J. ARNOLD, for
themselves and all others
similarly situated,

                      NO. CIV. S-06-295 LKK/PAN (JFM)

    Plaintiffs,

  v.                              O R D E R

CATHOLIC HEALTHCARE WEST,

    Defendant.
                               /

    Plaintiff's motion to amend the complaint as a class action is GRANTED.  Plaintiff shall bring on a motion for class certification not later than sixty (60)days from the date of this order.

    IT IS SO ORDERED.

    DATED:  May 15, 2006

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT