UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER and
CONIE J. ARNOLD, for
themselves and all others
similarly situated,

                NO. CIV. S-06-295 LKK/PAN (JFM)

    Plaintiffs,

  v.                        O R D E R

CATHOLIC HEALTHCARE WEST,

    Defendant.
_____/

    The court is in receipt of the letter from plaintiffs' counsel requesting additional time to file the motion for class certification. Plaintiffs represent that defense counsel does not oppose the request. Good cause appearing, the deadline by which plaintiffs must file the motion for class certification is ENLARGED from July 14, 2006 to July 28, 2006.

    IT IS SO ORDERED.

    DATED: July 17, 2006.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT