UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER and
CONNIE J. ARNOLD, for
themselves and all others
similarly situated,

        NO. CIV. S-06-295 LKK/EFB

    Plaintiffs,

  v.                              O R D E R

CATHOLIC HEALTHCARE WEST,

    Defendant.
                            /

Pending on the October 10, 2006 law and motion calendar is plaintiffs' motion for class certification. The named defendant, Catholic Healthcare West, filed a statement of non-opposition. Accordingly, the court orders as follows:

    1.    Plaintiffs' Motion for Class Certification is GRANTED.

    2.    The hearing set on the October 10, 2006 law and motion calendar is VACATED.

////

////

1    3.   A status conference is SET for January 16, 2007 at 1:30
2         p.m.
3    IT IS SO ORDERED.
4    DATED:  October 2, 2006.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```