| | |
|---|---|
| DOWNEY BRAND LLP | DE LA O, MARKO |
| RHONDA CATE CANBY (Bar No. 171571) | MAGOLNICK & LEYTON |
| JEFFREY S. GALVIN (Bar No. 170223) | FARAH J. MARTINEZ (Bar No. 191862) |
| ERIK P. KHOOBYARIAN (Bar No. 226749) | DANIEL L. LEYTON (Bar No. 0061824) |
| 555 Capitol Mall, Tenth Floor | 3001 S.W. 3rd Avenue |
| Sacramento, California 95814 – 4686 | Miami, Florida 33129 |
| Telephone: (916) 444-1000 | Telephone: (305) 285-2000 |
| Facsimile: (916) 444-2100 | Facsimile: (305) 285-5555 |
| | |
| Attorneys for Defendant | CLASS COUNSEL |
| CATHOLIC HEALTHCARE WEST | |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

EDWARD L. KEMPER and  )
CONNIE J. ARNOLD, for themselves  )
and all others similarly situated,  )
)
   Plaintiffs,  )
)
  v.  )  **Case No.: 2:06-CV-00295-LKK-PAN (JFM)**
)
CATHOLIC HEALTHCARE WEST,  )  **ORDER**
)
   Defendant.  )
_____  )

This cause having come before the Court on the Parties' request that the Status Conference be reset 90 days from the currently scheduled date (Monday, April 16, 2007), and the Court having accepted the Joint Status Report and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED:**

 1. That the Parties' request is **GRANTED**.  The Status Conference is reset for August 6, 2007 at 10:00 a.m.

 **DONE AND ORDERED** in chambers Sacramento, California, this 11th day April, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com