UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER and
CONNIE J. ARNOLD, for
themselves and all others
similarly situated,

        Plaintiffs,

  v.

CATHOLIC HEALTHCARE WEST,
a California corporation
dba MERCY SAN JUAN MEDICAL
CENTER dba NORTHRIDGE HOSPITAL
MEDICAL CENTER and OTHER
CATHOLIC HEALTHCARE WEST
OWNED FACILITIES,

        Defendants.
_____/

NO. CIV. S-06-295 LKK/EFB

O R D E R

    A status conference was held in chambers on November 16, 2007. After hearing, the court orders as follows:

    1.  A further status conference is set for March 17, 2008 at 2:00 p.m.

    IT IS SO ORDERED.

    DATED: November 19, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT