UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER and
CONNIE J. ARNOLD, for
themselves and all others
similarly situated,

                            NO. CIV. S-06-295 LKK/EFB

       Plaintiffs,

  v.                            O R D E R

CATHOLIC HEALTHCARE WEST,
a California corporation dba
MERCY SAN JUAN MEDICAL
CENTER, dba NORTHRIDGE
HOSPITAL MEDICAL CENTER
and OTHER CATHOLIC HEALTHCARE
WEST OWNED FACILITIES,

       Defendant.

        The court is in receipt of the parties' joint application to continue the status conference that is currently set for March 17, 2008. Good cause appearing, the status conference is CONTINUED to April 21, 2008 at 3:00 PM.

        IT IS SO ORDERED.

        DATED: March 10, 2008.

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT