1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10  EDWARD L. KEMPER and
    CONNIE J. ARNOLD, for
11  themselves and all others
    similarly situated,
12                                    NO. CIV. S-06-295 LKK/EFB

13          Plaintiffs,

14     v.                                    O R D E R

15  CATHOLIC HEALTHCARE WEST,
    a California corporation dba
16  MERCY SAN JUAN MEDICAL
    CENTER, dba NORTHRIDGE
17  HOSPITAL MEDICAL CENTER
    and OTHER CATHOLIC HEALTHCARE
18  WEST OWNED FACILITIES,

19          Defendant.
    _____/
20

21       Pending before the court is plaintiffs' request for class

22  counsel to appear telephonically at the October 20, 2008 hearing

23  on the parties' Joint Motion for Order Providing Limited Notice of

24  Injunctive Relief. Given that plaintiffs represent that their local

25  counsel will appear at the hearing, it appears unnecessary to grant

26  ////

1  the request. Accordingly, plaintiff's motion (docket no. 53) is

2  DENIED.

3      IT IS SO ORDERED.

4      DATED: September 29, 2008.

5

6

7               LAWRENCE K. KARLTON
             SENIOR JUDGE

8               UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26