KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 608-7995
Facsimile: (916) 984-5775

FARAH J. MARTINEZ (SBN 191862)
DANIEL L. LEYTON (FL Bar No. 0061824)
CHARLES D. FERGUSON (FL Bar No. 0741531)
DE LA O, MARKO, MAGOLNICK & LEYTON
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiffs
EDWARD L. KEMPER and CONNIE J. ARNOLD

DOWNEY BRAND LLP
RHONDA CATE CANBY (Bar No. 171571)
ELIZABETH B. STALLARD (Bar No. 221445)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
CATHOLIC HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al,<br><br>　　　　　Defendant. | Case No.  2:06-CV-00295-LKK-EFB<br><br>**ORDER GRANTING MOTION FOR ORDER PROVIDING LIMITED NOTICE OF INJUNCTIVE RELIEF**<br><br>Date:  October 20, 2008<br><br>Time:  10:00 a.m.<br><br>Courtroom 4<br><br>**The Honorable Lawrence K. Karlton** |

/ / /

On October 20, 2008, the joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE

1

[PROPOSED] ORDER GRANTING JOINT MOTION FOR LIMITED NOTICE

PDF created with pdfFactory trial version www.pdffactory.com

1  J. ARNOLD, for themselves and all others similarly situated, and Defendant CATHOLIC
2  HEALTHCARE WEST, for an order providing for limited notice of injunctive relief was heard
3  by the Court.
4      It appearing to the Court that limited notice of injunctive relief is appropriate in this case,
5      It is hereby ORDERED that the Motion For Order Providing for Limited Notice of
6  Injunctive Relief be and hereby is GRANTED.  Notice will be provided as set forth in the Parties'
7  moving papers.

9  Dated : October 6, 2008.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com