UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER and
CONNIE J. ARNOLD, for
themselves and all others
similarly situated,

NO. CIV. S-06-295 LKK/EFB

    Plaintiffs,

  v.

O R D E R

CATHOLIC HEALTHCARE WEST,

    Defendant.
_____/

    Pending before the court is the Joint Motion for Approval of Consent Decree and Fee Arrangement of plaintiffs Edward L. Kemper and Connie J. Arnold, for themselves and all others similarly situated, and defendant Catholic Healthcare West, for an order approving the Consent Decree and Fee Arrangement.

    Having reviewed the matter, the court concludes that oral argument is not necessary.

    The court has reviewed the Consent Decree and finds that it is fair, reasonable and adequate for the class and the terms of the

fee arrangement are appropriate.  Accordingly, the court has signed and hereby adopts the terms of the consent decree as presented.

It is hereby ORDERED that the JOINT MOTION FOR APPROVAL OF CONSENT DECREE AND FEE ARRANGEMENT is GRANTED.  Notice will be provided as set forth in the Parties' moving papers.  The hearing set for March 23, 2009 is hereby VACATED.

DATED: March 17, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT