1 KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
2 101 Parkshore Drive, Suite 100
3 Folsom, CA 95630
Telephone: (916) 608-7995
4 Facsimile: (916) 984-5775

5 DANIEL L. LEYTON (FL Bar No. 0061824)
CHARLES D. FERGUSON (FL Bar No. 0741531)
6 DE LA O, MARKO, MAGOLNICK & LEYTON
7 3001 S. W. 3rd Avenue
Miami, FL 33129
8 Telephone: (305) 285-2000
Facsimile: (305) 285-5555
9

Attorneys for Plaintiffs
10 EDWARD L. KEMPER
11 CONNIE J. ARNOLD

12 DOWNEY BRAND LLP
RHONDA CATE CANBY (Bar No. 171571)
13 ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, Eighteenth Floor
14 Sacramento, CA 95814
Telephone: (916) 444-1000
15 Facsimile: (916) 444-2100

16 Attorneys for Defendant
CATHOLIC HEALTHCARE WEST

17

UNITED STATES DISTRICT COURT

18

EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>Defendants. | Case No.: 2:06-CV-00295-LKK-PAN (JFM)<br><br>**ORDER APPROVING CLASS COUNSEL'S MOTION FOR APPROVAL OF CLASS COUNSEL'S CURRENT ATTORNEYS' FEES AND COSTS** |

26 / / /

27 / / /

28

1

**ORDER APPROVING CLASS COUNSEL'S MOTION FOR APPROVAL OF CLASS COUNSEL'S CURRENT ATTORNEYS' FEES AND COSTS**

PDF created with pdfFactory trial version www.pdffactory.com

Pending before the Court is Class Counsel's Motion for Approval of Class Counsel's Current Attorneys' Fees and Costs. The Court makes the following findings:

1. On March 17, 2009, the Court granted the Joint Motion for Approval of Consent Decree and Fee Arrangement. Thus, the Class is the prevailing party for purposes of determining entitlement to attorneys' fees and costs under Title III of the ADA, 42 U.S.C. § 12205. Consent Decree, ¶ 30. The Consent Decree contemplates that Defendant will pay Class Counsel's court-approved fees and costs for work done prior to the approval of the Consent Decree. *Id*., ¶¶ 31.1 – 31.2. Work done thereafter will be paid as set forth in the Fee Arrangement attached to the Consent Decree.

2. Class Counsel seeks an award of its current fees and costs ($402,635.27), Class Expert's current fees and costs ($109,930.44) and Local Counsel's current fees ($12,430.00), for a total award of $524,995.71 for work performed to date. In accordance with the letter agreement between the parties, attached as Exhibit B to Plaintiffs' Notice of Filing Updated Billing Statement and Letter Confirming Defendant's NonOpposition, dated March 13, 2009, this amount represents full payment of all fees and costs, including capped fees, for the initial eight surveys.

3. "The district court [has] the authority and duty to pass upon the fairness of the attorneys' fees settlement independently of whether there [is] objection." *In re Immune Response Securities Litigation*, 497 F. Supp. 2d 1166, 1174 – 75 (S.D. Cal. 2007) (quoting *Zucker v. Occidental Petroleum Corp*., 192 F.3d 1323, 1329 (9th Cir. 1999)). The fee award sought herein is fair and reasonable, and therefore approved.

4. First, Defendant has filed a Notice of Non-Opposition to the Motion, indicating that it accepts the reasonableness of the fee award. Moreover, the parties have provided notice of this request for fees as set forth in the Joint Motion for Limited Notice, and no objections have been raised.

5. Second, Class Counsel is not seeking a lodestar multiplier, a percentage of a common fund, or an amount out-of-sync with the value being conferred on the Class. Class Counsel seeks payment for the hours it worked, and no more.

2

**ORDER APPROVING CLASS COUNSEL'S MOTION FOR APPROVAL OF CLASS COUNSEL'S CURRENT ATTORNEYS' FEES AND COSTS**

PDF created with pdfFactory trial version www.pdffactory.com

6. Third, most of the hours incurred so far are for time spent surveying Defendant's facilities, a task handled primarily by an associate attorney with Class Counsel who is experienced with Title III and the ADAAG, and who bills at the reasonable hourly rate of $250.00. *Accord Jones v. Wild Oates Market, Inc*., 467 F.Supp. 2d 1004, 1015 (S.D. Cal. 2005) ($325 is an appropriate hourly rate for experienced counsel litigating an ADA matter in the Southern District of California), *declined to follow on other grounds, Hubbard v. Sobreck, LLC*, 531 F.3d 983 (9th Cir. 2008). The time spent on these surveys is consistent with the flat-fee agreement previously approved by the Court.

7. Fourth, Class Counsel has achieved a substantial result for the Class. Advisory Committee Comment to 2003 Amendment of Fed. R. Civ. P. 23 (when a district court considers class counsel's fee request, "[o]ne fundamental focus is the result actually achieved for class members"). As a result of the Consent Decree, "full barrier removal is anticipated" at Defendant's hospitals and health-care facilities, which will help ensure access to health care for millions of disabled residents of California, Arizona and Nevada. Memorandum in Support of Joint Motion to Approve Consent Decree and Fee Arrangement at 2.

8. Finally, Class Counsel's request for expenses is reasonable. Such awards are "limited to typical out-of-pocket expenses that are charged to a fee paying client and should be reasonable and necessary." *In re Immune Response Securities Litigation*, 497 F. Supp. 2d at 1177. Here, the vast majority of the costs are travel expenses associated with the multiple surveys conducted thus far, and the Class Expert's fees. "The reimbursement for travel expenses, both under 28 U.S.C. § 1920 and [Rule] 54(d), is within the broad discretion of the Court." *In re Media Vision Tech. Sec. Litig*., 913 F. Supp. 1362, 1369 (N.D. Cal. 1996). The travel in this case is a necessary expense in order to survey Defendant's facilities, and the arrangements were made under a negotiated plan with Defendant. The Court finds that the Class Expert is experienced at performing hospital surveys under Title III and the ADAAG, and that his efforts are central to reaching the goal of full barrier removal as set forth in the Joint Motion.

/ / /

/ / /

3

**ORDER APPROVING CLASS COUNSEL'S MOTION FOR APPROVAL OF CLASS COUNSEL'S CURRENT ATTORNEYS' FEES AND COSTS**

PDF created with pdfFactory trial version www.pdffactory.com

For these reasons, it is hereby ORDERED that Class Counsel's Motion for Approval of Class Counsel's Current Attorneys' Fees and Costs is GRANTED.

DATED: March 30, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4

**ORDER APPROVING CLASS COUNSEL'S MOTION FOR APPROVAL OF CLASS COUNSEL'S CURRENT ATTORNEYS' FEES AND COSTS**

PDF created with pdfFactory trial version www.pdffactory.com