| | |
|---|---|
| 1 | KEITH D. CABLE (SBN 170055) |
| 2 | CABLE LAW OFFICES |
|   | 101 Parkshore Drive, Suite 100 |
| 3 | Folsom, CA 95630 |
|   | Telephone: (916) 608-7995 |
| 4 | Facsimile: (916) 984-5775 |

KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 608-7995
Facsimile: (916) 984-5775

DANIEL L. LEYTON (FL Bar No. 61824)
CHARLES D. FERGUSON (FL Bar No. 741531)
DE LA O, MARKO, MAGOLNICK & LEYTON
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiffs
EDWARD L. KEMPER and CONNIE J. ARNOLD

DOWNEY BRAND LLP
RHONDA CATE CANBY (Bar No. 171571)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
CATHOLIC HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>Defendants. | Case No.: 2:06-CV-00295-LKK-PAN (JFM)<br><br>**ORDER RE MOTION FOR APPROVAL OF STIPULATION REGARDING AGREED-UPON TOLERANCES AND PROCEDURES**<br><br>Date:         October 26, 2009<br>Time:        10:00 a.m.<br>Court Room:    4<br><br>Before The Honorable Lawrence K. Karlton |

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

1  On October 26, 2009, the joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant CATHOLIC HEALTHCARE WEST, for an Order Approving the Stipulation Regarding Agreed-Upon Tolerances and Procedures (hereinafter, "Stipulation") was heard by the Court.

It appearing to the Court that the Stipulation is appropriate in this case,

It is hereby ORDERED that the parties' Joint Motion for Approval of the Stipulation Regarding Agreed Upon Tolerances and Procedures is GRANTED.

DATED: October 15, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER RE MOTION FOR APPROVAL OF STIPULATION REGARDING AGREED-UPON TOLERANCES AND PROCEDURES

PDF created with pdfFactory trial version www.pdffactory.com