1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10   EDWARD L. KEMPER and
     CONNIE J. ARNOLD, for
11   themselves and all others
     similarly situated,
12                                       NO. CIV. S-06-295 LKK/EFB

13          Plaintiffs,

14      v.                                      O R D E R

15   CATHOLIC HEALTHCARE WEST,

16          Defendant.
     _____/

17

18       On April 22, 2009, this court approved a class settlement and

19   consent decree, which set forth an incremental process for

20   instituting injunctive relief at defendant Catholic Healthcare West

21   facilities. This process requires parties to submit facility-

22   specific consent decrees as to the detailed injunctive relief

23   necessary for each facility. The consent decree was approved by the

24   court following the notice described in parties' joint motion for

25   order providing limited notice of injunctive relief, Doc. No. 52.

26   Specifically, class counsel provided written notice of the

1   settlement to certain disability rights organizations and defendant

2   Catholic Healthcare West provided notice on its website along with

3   a link to the consent decree and at each affected facility.

4        On March 16, 2010, parties filed two of these facility consent

5   decrees, Doc. Nos. 81, 82. The parties initially set these consent

6   decrees to be heard on May 10, 2010, but subsequently called

7   chambers to postpone the hearings until June. These facility

8   consent decrees, however, do not describe the provision of any

9   notice to the class. Pursuant to Federal Rule of Civil Procedure

10  23(e)(1), "[t]he court must direct notice in a reasonable manner

11  to all class members who would be bound by" a settlement, voluntary

12  dismissal, or compromise.

13       For the foregoing reasons, the court ORDERS that the parties

14  file a motion for court approval of the provision of notice. The

15  parties may follow the mechanism of notice utilized in the court

16  approved consent decree. Nonetheless, the court will decide whether

17  the draft notice(s) of the consent decree for these audiences shall

18  be approved.

19       The court further ORDERS that all hearing dates set for these

20  consent decrees are VACATED. Upon the court's order on the parties'

21  motion for court approval of the provision of notice, a hearing

22  date will be set for the consent decrees.

23       IT IS SO ORDERED.

24       DATED: March 23, 2010.

25                                LAWRENCE K. KARLTON
                                  SENIOR JUDGE
26                                UNITED STATES DISTRICT COURT

                                       2