KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 608-7995
Facsimile: (916) 984-5775

DANIEL L. LEYTON (FL Bar No. 61824)
CHARLES D. FERGUSON (FL Bar No. 741531)
DE LA O, MARKO, MAGOLNICK & LEYTON
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiffs
EDWARD L. KEMPER and CONNIE J. ARNOLD

DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
CATHOLIC HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>Defendants. | Case No.:  2:06-CV-00295-LKK-PAN (JFM)<br><br>**ORDER APPROVING JOINT MOTION FOR APPROVAL OF NOTICE FOR INDIVIDUAL FACILITY CONSENT DECREES**<br><br>Date:            May 24, 2010<br>Time:           10:00 a.m.<br>Court Room:   4<br><br>Before The Honorable Lawrence K. Karlton |

/ / /

1

[PROPOSED] ORDER APPROVING JOINT MOTION FOR APPROVAL OF NOTICE FOR INDIVIDUAL
FACILITY CONSENT DECREES

PDF created with pdfFactory trial version www.pdffactory.com

1  On May 24, 2010, the joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant CATHOLIC HEALTHCARE WEST, for an Order Approving the Notice for Individual Facility Consent Decrees was heard by this Court.

It appearing to the Court that the relief requested is appropriate in this case, it is hereby ORDERED that:

1. The parties' Joint Motion for Approval of Notice for Individual Facility Consent Decrees is GRANTED;

2. The Parties may use the forms of Settlement Notice presented with their Motion for each individual Facility Consent Decree filed for approval with this Court;

3. All Settlement Notices will include a 90-day deadline for filing written objections with this Court from the date notice is served on the appropriate federal and state officials; and

4. All hearings on Facility Consent Decrees will be calendared for a date at least ten (10) days after the 90-day deadline for filing written objections expires.

DATED: May 25, 2010

1073021.1

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com