1  KEITH D. CABLE (SBN 170055)
   CABLE LAW OFFICES
2  101 Parkshore Drive, Suite 100
   Folsom, CA 95630
3  Telephone: (916) 608-7995
4  Facsimile: (916) 984-5775

5  DANIEL L. LEYTON (FL Bar No. 61824)
   CHARLES D. FERGUSON (FL Bar No. 741531)
6  DE LA O, MARKO, MAGOLNICK & LEYTON
7  3001 S. W. 3rd Avenue
   Miami, FL 33129
8  Telephone: (305) 285-2000
   Facsimile: (305) 285-5555
9

   Attorneys for Plaintiffs
10 EDWARD L. KEMPER and CONNIE J. ARNOLD

11
   DOWNEY BRAND LLP
12 DANIEL J. MCVEIGH (Bar No. 77410)
   ELIZABETH B. STALLARD (Bar No. 221445)
13 621 Capitol Mall, Eighteenth Floor
   Sacramento, CA  95814
14 Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
15
   Attorneys for Defendant
16 CATHOLIC HEALTHCARE WEST

17                    UNITED STATES DISTRICT COURT
18                    EASTERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  EDWARD L. KEMPER and<br>21  CONNIE J. ARNOLD, for themselves<br>    and all others similarly situated,<br>22<br>            Plaintiff,<br>23<br>    v.<br>24<br>    CATHOLIC HEALTHCARE WEST, a<br>25  California corporation, et al.<br>26           Defendants. | Case No.: 2:06-CV-00295-LKK-PAN (JFM)<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – MERCY GILBERT MEDICAL CENTER**<br><br>Date:         July 26, 2010<br>Time:         10:00 a.m.<br>Court Room:   4<br><br>Before The Honorable Lawrence K. Karlton |

27  ///
28
                                    1
   [PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE –
                         MERCY GILBERT MEDICAL CENTER

On July 26, 2010, the joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant CATHOLIC HEALTHCARE WEST, for an Order Approving the Facility Consent Decree for the Mercy Gilbert Medical Center was heard by this Court.

The court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and adequate for the class.  Accordingly, the Court has signed and hereby adopts the terms of the Facility Consent Decree as presented.

It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE - MERCY GILBERT MEDICAL CENTER** be and hereby is **GRANTED**.

DATED: July 26, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT