1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9

10   EDWARD L. KEMPER and
     CONNIE J. ARNOLD, for
11   themselves and all others
     similarly situated,
12                                          NO. CIV. S-06-295 LKK/EFB
             Plaintiffs,
13
         v.                                      O R D E R
14
     CATHOLIC HEALTHCARE WEST,
15
             Defendant.
16   _____/

17       Pending before the court in the above captioned case is

18   Plaintiffs' motion for an evidentiary hearing on their individual

19   damages, ECF No. 121, currently set to be heard on December 5,

20   2011.  Plaintiffs' counsel has also filed an unopposed motion to

21   appear at the December 5, 2011 hearing telephonically.  Pls' Mot.,

22   ECF No. 123.

23       In Defendants' opposition to Plaintiffs' motion, Defendants

24   request the court to schedule a mandatory settlement conference 90-

25   120 days from now, in lieu of an evidentiary hearing, to address

26   the issue of damages.  Defs' Opp'n, ECF No. 124, at 2.  Defendants

1  state that "[i]n the event the parties are unable to come to an
2  agreement as a result of the Settlement Conference, CHW would then
3  have no objection with the Court setting the case for a trial on
4  the issue of damages alleged by Plaintiff or scheduling some other
5  form of hearing in order to resolve the issue of damages." Id.
6  Defendants also assert that "CHW presented its proposal to Class
7  Counsel prior to filing this Opposition" and that "Class Counsel
8  indicated that it agreed with CHW's proposal." Id.   Although
9  Plaintiffs have not filed a reply brief, the court has been
10 notified that Plaintiffs, indeed, agree with Defendants' proposal.
11      Accordingly, the court orders as follows:
12          [1] Plaintiffs' motion for an evidentiary hearing is
13          DENIED, without prejudice.
14          [2] The hearing currently set for December 5, 2011 is
15          VACATED.
16          [3] Plaintiffs' motion to appear at the December 5, 2011
17          hearing telephonically is DENIED as moot.
18          [4] A Settlement Conference before Magistrate Judge Dale
19          A. Drozd is SET for March 22, 2012 at 10:00 A.M.
20          Counsel are directed to submit settlement conference
21          statements to the settlement judge not later than March
22          15, 2012.  Settlement conference statements should be
23          sent to: dadorders@caed.uscourts.gov.  At counsel's
24          option, such statements may be submitted in confidence
25          pursuant to Local Rule 270(d).
26 ////

1    IT IS SO ORDERED.

2    DATED: November 30, 2011.

3

4

5    LAWRENCE K. KARLTON
     SENIOR JUDGE
6    UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26