UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER and
CONNIE J. ARNOLD, for
themselves and all others
similarly situated,

        NO. CIV. S-06-295 LKK/EFB

    Plaintiffs,

  v.                       O R D E R

CATHOLIC HEALTHCARE WEST,

    Defendant.
_____/

    The following attorneys for Plaintiffs are appearing pro hac vice in the above-captioned matter: Daniel L. Leyton, Charles D. Ferguson, David Everett Marko, and Miguel M. de la O.

    Pursuant to Local Rule 180(b)(2)(ii), attorney Miguel M. de la O designated Keith D. Cable, of Cable Law Offices, in Folsom, California as the "member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system." Pro Hac Vice Appl., ECF No. 63.

Pursuant to Local Rule 180(b)(2)(ii), attorneys Daniel L. Leyton, Charles D. Ferguson, and David Everett Marko listed Farah J. Martinez, of de la O, Marko, Magolnick, and Leyton, in Miami, Florida as their designee.  Pro Hac Vice Appls., ECF No. 8, 14, 20.

On December 5, 2011, Keith D. Cable, the only attorney appearing for Plaintiffs with an office located within this District, withdrew as local co-counsel for Plaintiffs.  Notice, ECF No. 127.

Accordingly, the court ORDERS Plaintiffs, pursuant to Local Rule 182(h), to "designate a member of the Bar of this Court who does maintain an office within this District as co-counsel with the authority to act as attorney of record for all purposes."  Local Rule 182(h).

IT IS SO ORDERED.

DATED: January 23, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2