CABLE LAW OFFICES
KEITH D. CABLE (SBN 170055)
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 608-7995
Facsimile: (916) 984-5775

DE LA O, MARKO, MAGOLNICK & LEYTON
DANIEL L. LEYTON (FL Bar No. 61824)
CHARLES D. FERGUSON (FL Bar No. 741531)
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiffs
EDWARD L. KEMPER and CONNIE J. ARNOLD

DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
CATHOLIC HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>Defendants. | Case No.: 2:06-CV-00295-LKK-PAN (JFM)<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – DOMINICAN HOSPITAL**<br><br>Date:         February 13, 2012<br>Time:         10:00 a.m.<br>Court Room:  4<br><br>Before The Honorable Lawrence K. Karlton |

///

On February 13, 2012, the joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant CATHOLIC HEALTHCARE WEST, for an Order Approving the Facility Consent Decree for Dominican Hospital was heard by this Court.

The court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and adequate for the class. Accordingly, the Court has signed and hereby adopts the terms of the Facility Consent Decree as presented.

It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – DOMINICAN HOSPITAL** be and hereby is **GRANTED**.

DATED: May 14, 2012.

1155652.1

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – DOMINICAN HOSPITAL