DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:    (916) 444-1000
Facsimile:    (916) 444-2100
dmcveigh@downeybrand.com
estallard@downeybrand.com

Attorneys for Defendant
DIGNITY HEALTH, a California public benefit Corporation, formerly named CATHOLIC HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.,<br><br>Defendant. | CASE NO.  2:06-CV-00295-LKK-EFB<br><br>**ORDER APPROVING STIPULATION REGARDING RESCHEDULING DATE OF CONTINUED SETTLEMENT CONFERENCE** |

It appearing to the Court that the Stipulation Regarding Rescheduling Date of Continued Settlement Conference is appropriate in this case, it is hereby ORDERED that the Parties' Stipulation Regarding Rescheduling Date of Continued Settlement Conference is GRANTED. The Continued Settlement Conference regarding Named Plaintiff Edward L. Kemper's claim for damages will take place before The Honorable Dale A. Drozd on July 19, 2012, at 10:00 a.m.

DATED:  May 21, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1228767.1

[PROPOSED] ORDER APPROVING STIPULATION RE RESCHEDULING CONT. SETTLEMENT CONFERENCE