DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
dmcveigh@downeybrand.com
estallard@downeybrand.com

Attorneys for Defendant
DIGNITY HEALTH, a California public benefit
Corporation, formerly named CATHOLIC HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.,<br><br>Defendant. | CASE NO.  2:06-CV-00295-LKK-EFB<br><br>**ORDER APPROVING STIPULATION REGARDING DEFENDANT'S SUBMISSION OF SUPPLEMENT TO EXHIBIT A** |

IT IS HEREBY ORDERED that, in accordance with Paragraph 16.1 of the Class Settlement Agreement and Consent Decree in this matter ("Consent Decree"), the Supplement to Exhibit A, dated November 12, 2012, replaces the prior Exhibit A to the Consent Decree filed on or about March 22, 2009; identifies the Facilities that are entitled to the protections of the Consent Decree; and shall be the operative Exhibit A to the Consent Decree going forward.

IT IS SO ORDERED.

Dated: November 26, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1288535.1

PROPOSED ORDER APPROVING STIPULATION REGARDING DEFENDANT'S SUPPLEMENT TO EXHIBIT A