|   |   |
|---|---|
| 1 | MARKO & MAGOLNICK, P. A. |
| 2 | DAVID E. MARKO (FL Bar No. 939633) |
|   | CHARLES D. FERGUSON (FL Bar No. 741531) |
| 3 | 3001 S. W. 3rd Avenue |
|   | Miami, FL 33129 |
| 4 | Telephone: (305) 285-2000 |
|   | Facsimile: (305) 285-5555 |
| 5 |   |
| 6 | Attorneys for Plaintiffs |
|   | EDWARD L. KEMPER and CONNIE J. ARNOLD |
| 7 |   |
|   | DOWNEY BRAND LLP |
| 8 | DANIEL J. MCVEIGH (Bar No. 77410) |
|   | ELIZABETH B. STALLARD (Bar No. 221445) |
| 9 | 621 Capitol Mall, Eighteenth Floor |
|   | Sacramento, CA  95814 |
| 10 | Telephone: (916) 444-1000 |
|   | Facsimile: (916) 444-2100 |
| 11 |   |
|   | Attorneys for Defendant |
| 12 | DIGNITY HEALTH, a California public benefit |
|   | Corporation, formerly named CATHOLIC |
| 13 | HEALTHCARE WEST |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, | Case No.: 2:06-CV-00295-LKK-EFB |
|---|---|
|   | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – ST. ELIZABETH COMMUNITY HOSPITAL** |
| Plaintiff, |   |
| v. | Date:        August 12, 2013 |
| CATHOLIC HEALTHCARE WEST, a California corporation, et al. | Time:        10:00 a.m. |
|   | Court Room:  4 |
| Defendants. | Before The Honorable Lawrence K. Karlton |

    Pending before the court is the joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant DIGNITY HEALTH, a California public benefit corporation formerly named CATHOLIC HEALTHCARE

1

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE –
ST. ELIZABETH COMMUNITY HOSPITAL

WEST, for an Order Approving the Facility Consent Decree for St. Elizabeth Community Hospital.

The court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and adequate for the class. Accordingly, the Court has signed and hereby adopts the terms of the Facility Consent Decree as presented.

It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – ST. ELIZABETH COMMUNITY HOSPITAL** be and hereby is **GRANTED**.

The hearing on this motion, currently set for August 12, 2013, is VACATED.

DATED: August 1, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT