1  MARKO & MAGOLNICK, P. A.
2  DAVID E. MARKO (FL Bar No. 939633)
   CHARLES D. FERGUSON (FL Bar No. 741531)
3  3001 S. W. 3rd Avenue
   Miami, FL 33129
4  Telephone: (305) 285-2000
   Facsimile: (305) 285-5555
5
6  Attorneys for Plaintiffs
   EDWARD L. KEMPER and CONNIE J. ARNOLD
7
   DOWNEY BRAND LLP
8  DANIEL J. MCVEIGH (Bar No. 77410)
   ELIZABETH B. STALLARD (Bar No. 221445)
9  621 Capitol Mall, Eighteenth Floor
   Sacramento, CA  95814
10 Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
11
   Attorneys for Defendant
12 DIGNITY HEALTH, a California public benefit
   Corporation, formerly named CATHOLIC
13 HEALTHCARE WEST

14                    UNITED STATES DISTRICT COURT
15                    EASTERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>Defendants. | Case No.: 2:06-CV-00295-LKK-EFB<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – MERCY MEDICAL CENTER (MERCED)**<br><br>Date:          August 12, 2013<br>Time:          10:00 a.m.<br>Court Room:   4<br><br>Before The Honorable Lawrence K. Karlton |

26        Pending before the court is the joint motion of Plaintiffs EDWARD L. KEMPER and
27 CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant DIGNITY
28 HEALTH, a California public benefit corporation formerly named CATHOLIC HEALTHCARE

1  WEST, for an Order Approving the Facility Consent Decree for Mercy Medical Center (Merced).

2  The court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and
3  adequate for the class.  Accordingly, the Court has signed and hereby adopts the terms of the
4  Facility Consent Decree as presented.

5  It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY**
6  **CONSENT DECREE – MERCY MEDICAL CENTER (MERCED)** be and hereby is
7  **GRANTED**.

8  The hearing on this motion, currently set for August 12, 2013, is VACATED.

10  DATED:  August 1, 2013.

13  _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
14  UNITED STATES DISTRICT COURT