MARKO & MAGOLNICK, P. A.
DAVID E. MARKO (FL Bar No. 939633)
CHARLES D. FERGUSON (FL Bar No. 741531)
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiffs
EDWARD L. KEMPER and CONNIE J. ARNOLD

DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
DIGNITY HEALTH, a California public benefit
Corporation, formerly named CATHOLIC
HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>Defendants. | Case No.: 2:06-CV-00295-LKK-EFB<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – MERCY HOSPITALS OF BAKERSFIELD – SOUTHWEST CAMPUS**<br><br>Date:           August 12, 2013<br>Time:          10:00 a.m.<br>Court Room:  4<br><br>Before The Honorable Lawrence K. Karlton |

     Pending before the court is the joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant DIGNITY HEALTH, a California public benefit corporation formerly named CATHOLIC HEALTHCARE

1

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – MERCY HOSPITALS OF BAKERSFIELD – SOUTHWEST CAMPUS

1  WEST, for an Order Approving the Facility Consent Decree for Mercy Hospitals of Bakersfield –
2  Southwest Campus.
3      The court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and
4  adequate for the class.  Accordingly, the Court has signed and hereby adopts the terms of the
5  Facility Consent Decree as presented.
6      It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY**
7  **CONSENT DECREE – MERCY HOSPITALS OF BAKERSFIELD – SOUTHWEST**
8  **CAMPUS** be and hereby is **GRANTED**.
9      The hearing on this motion, currently set for August 12, 2013, is VACATED.
10
11  DATED:  August 1, 2013.
12
13
14  _____
    LAWRENCE K. KARLTON
15  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
16