1  MARKO & MAGOLNICK, P. A.
2  DAVID E. MARKO (FL Bar No. 939633)
   CHARLES D. FERGUSON (FL Bar No. 741531)
3  3001 S. W. 3rd Avenue
   Miami, FL 33129
4  Telephone: (305) 285-2000
   Facsimile: (305) 285-5555
5

6  Attorneys for Plaintiffs
   EDWARD L. KEMPER and CONNIE J. ARNOLD
7

8  DOWNEY BRAND LLP
   DANIEL J. MCVEIGH (Bar No. 77410)
   ELIZABETH B. STALLARD (Bar No. 221445)
9  621 Capitol Mall, Eighteenth Floor
   Sacramento, CA  95814
10 Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
11

12 Attorneys for Defendant
   DIGNITY HEALTH, a California public benefit
   Corporation, formerly named CATHOLIC
13 HEALTHCARE WEST

14                    UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16

17 EDWARD L. KEMPER and              Case No.:  2:06-CV-00295-LKK-EFB
18 CONNIE J. ARNOLD, for themselves
   and all others similarly situated,  **ORDER GRANTING JOINT MOTION**
19                                      **FOR APPROVAL OF FACILITY**
                                        **CONSENT DECREE – MERCY**
20            Plaintiff,                **HOSPITALS OF BAKERSFIELD –**
                                        **SOUTHWEST CAMPUS**
21       v.

22 CATHOLIC HEALTHCARE WEST, a        Date:        August 12, 2013
   California corporation, et al.      Time:        10:00 a.m.
23                                      Court Room:  4
             Defendants.
24                                      Before The Honorable Lawrence K. Karlton

25

26       Pending before the court is the joint motion of Plaintiffs EDWARD L. KEMPER and

27 CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant DIGNITY

28 HEALTH, a California public benefit corporation formerly named CATHOLIC HEALTHCARE

                                         1

1   WEST, for an Order Approving the Facility Consent Decree for Mercy Hospitals of Bakersfield –

2   Southwest Campus.

3       The court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and

4   adequate for the class.  Accordingly, the Court has signed and hereby adopts the terms of the

5   Facility Consent Decree as presented.

6       It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY**

7   **CONSENT DECREE – MERCY HOSPITALS OF BAKERSFIELD – SOUTHWEST**

8   **CAMPUS** be and hereby is **GRANTED**.

9       The hearing on this motion, currently set for August 12, 2013, is VACATED.

10

11  DATED:  August 1, 2013.

12

13

14                                                    LAWRENCE K. KARLTON
15                                                    SENIOR JUDGE
16                                                    UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE –
MERCY HOSPITALS OF BAKERSFIELD – SOUTHWEST CAMPUS