DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
MONICA S. HANS (Bar No. 227379)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
dmcveigh@downeybrand.com
mhans@downeybrand.com

Attorneys for Defendant
DIGNITY HEALTH, a California public benefit
Corporation, formerly named CATHOLIC HEALTHCARE
WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.,<br><br>Defendant. | CASE NO.  2:06-CV-00295-LKK-EFB<br><br>**ORDER APPROVING MARCH 20, 2013 SUPPLEMENT TO EXHIBIT A** |

On March 22, 2013, the parties filed a Stipulation addressing amendments to the operative Exhibit A to the Class Settlement Agreement and Consent Decree in this matter ("Consent Decree").

IT IS HEREBY ORDERED that, in accordance with Paragraph 16.1 of the Consent Decree, the Supplement to Exhibit A provided with that Stipulation, dated March 20, 2013, replaces the prior Exhibit A to the Consent Decree, which became the operative Exhibit A pursuant to an order of this Court on or about November 26, 2012.

The Supplement to Exhibit A filed with this Court on March 22, 2013, identifies the Facilities that are entitled to the protections of the Consent Decree, and shall be the operative

1  Exhibit A to the Consent Decree as of March 22, 2013.

2

3  IT IS SO ORDERED.

4

5  Dated: September 30, 2013.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

1336416.1                                     2

[PROPOSED] ORDER APPROVING MARCH 20, 2013, SUPPLEMENT TO EXHIBIT A