1    DOWNEY BRAND LLP
     DANIEL J. MCVEIGH (Bar No. 77410)
2    MONICA S. HANS (Bar No. 227379)
     621 Capitol Mall, 18th Floor
3    Sacramento, CA  95814-4731
     Telephone:     (916) 444-1000
4    Facsimile:     (916) 444-2100
     dmcveigh@downeybrand.com
5    mhans@downeybrand.com

6    Attorneys for Defendant
     DIGNITY HEALTH, a California public benefit
7    Corporation, formerly named CATHOLIC HEALTHCARE
     WEST

8

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11

12   EDWARD L. KEMPER and CONNIE J.          CASE NO.  2:06-CV-00295-LKK-EFB
     ARNOLD, for themselves and all others
13   similarly situated,                     **ORDER APPROVING MARCH 20, 2013
                                             SUPPLEMENT TO EXHIBIT A**
14             Plaintiff,

15        v.

16   CATHOLIC HEALTHCARE WEST, a
     California corporation, et al.,
17
               Defendant.
18

19

20        On March 22, 2013, the parties filed a Stipulation addressing amendments to the operative

21   Exhibit A to the Class Settlement Agreement and Consent Decree in this matter ("Consent

22   Decree").

23        IT IS HEREBY ORDERED that, in accordance with Paragraph 16.1 of the Consent

24   Decree, the Supplement to Exhibit A provided with that Stipulation, dated March 20, 2013,

25   replaces the prior Exhibit A to the Consent Decree, which became the operative Exhibit A

26   pursuant to an order of this Court on or about November 26, 2012.

27        The Supplement to Exhibit A filed with this Court on March 22, 2013, identifies the

28   Facilities that are entitled to the protections of the Consent Decree, and shall be the operative

1336416.1                                    1

1    Exhibit A to the Consent Decree as of March 22, 2013.

2

3    IT IS SO ORDERED.

4

5    Dated:  September 30, 2013.

6

7

8                                    _____

9                                    LAWRENCE  K.  KARLTON
                                     SENIOR  JUDGE
10                                   UNITED  STATES  DISTRICT  COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28