DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
MONICA S. HANS (Bar No. 227379)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
dmcveigh@downeybrand.com
mhans@downeybrand.com

Attorneys for Defendant
DIGNITY HEALTH, a California public benefit corporation, formerly named CATHOLIC HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation dba MERCY SAN JUAN MEDICAL CENTER, dba NORTHRIDGE HOSPITAL MEDICAL CENTER and OTHER CATHOLIC HEALTHCARE WEST OWNED FACILITIES,<br><br>    Defendants. | Case No.  2:06-CV-00295-LKK-EFB<br><br>**SETTLEMENT CORRECTED FACILITY ORDER FOR MERCY SAN JUAN MEDICAL CENTER**<br><br>Date:        February 10, 2014<br>Time:       10:00 a.m.<br>Courtroom:  4<br><br>Before The Honorable Lawrence K. Karlton |

This matter, having come before the Court on the Unopposed Motion for a Settlement Corrected Facility Order for the Mercy San Juan Medical Center Facility, filed by Defendant Dignity Health, a California public benefit corporation formerly named Catholic Healthcare West ("Dignity Health"), and the Court having reviewed the Motion and being otherwise fully advised on the matter:

It is hereby **ORDERED AND ADJUDGED** that Dignity Health's Unopposed Motion for a Settlement Corrected Facility Order for the Mercy San Juan Medical Center Facility is

1342231.1

1

**GRANTED**. A Settlement Corrected Facility Order is hereby entered as to Mercy San Juan Medical Center, including each of its related facilities as identified in Section 2 of the Facility Consent Decree – Mercy San Juan Medical Center, which has fulfilled its obligations under and complied with its Consent Decree and Facility Modification Plan. This Order constitutes a final judgment for purposes of Federal Rule of Civil Procedure 54.

DATED: January 30, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT