1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD L. KEMPER and CONNIE          No.  CIV. S-06-295 LKK/EFB
     J. ARNOLD, for themselves and
12   all others similarly
     situated,
13                                        **ORDER**
                     Plaintiffs,
14
          v.
15
     CATHOLIC HEALTHCARE WEST,
16
                     Defendant.
17

18

19       The parties' joint motions for approval of facility consent

20   decrees for the following institutions are currently set for

21   hearing on March 17, 2014:

22       • St. Rose Dominican Hospitals, San Martin Campus (ECF

23         No. 169)

24       • St. Rose Dominican Hospitals, Siena Campus (ECF

25         No. 170)

26       • St. Bernardine Medical Center (ECF No. 172)

27       • Grande Arroyo Community Hospital (ECF No. 173, as

28         amended by ECF No. 176)

                                    1

1        • Marian Regional Medical Center (ECF No. 174)

2        • St. Joseph's Hospital and Medical Center (ECF No. 175)

3  The court does not find oral argument regarding these motions to

4  be necessary and will decide them on the papers. Accordingly, the

5  hearing on these motions is VACATED.

6        IT IS SO ORDERED.

7        DATED:  March 5, 2014.

8

9

10

11  _____

12  LAWRENCE K. KARLTON
    SENIOR JUDGE
13  UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28