MARKO & MAGOLNICK, P. A.
DAVID E. MARKO (FL Bar No. 939633)
CHARLES D. FERGUSON (FL Bar No. 741531)
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiffs
EDWARD L. KEMPER and CONNIE J. ARNOLD

DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
MONICA S. HANS (Bar No. 227379)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:    (916) 444-1000
Facsimile:     (916) 444-2100

Attorneys for Defendant
DIGNITY HEALTH, a California public benefit Corporation, formerly named CATHOLIC HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>Defendants. | Case No.:  2:06-CV-00295-LKK-PAN (JFM)<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – ARROYO GRANDE COMMUNITY HOSPITAL**<br><br>Date:            March 17, 2013<br>Time:            10:00 a.m.<br>Court Room:   4<br><br>Before The Honorable Lawrence K. Karlton |

On March 17, 2013, the joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant DIGNITY HEALTH, a California public benefit corporation formerly named CATHOLIC HEALTHCARE

1 | WEST, for an Order Approving the Facility Consent Decree for Arroyo Grande Community
2 | Hospital was heard by this Court.
3 |     The court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and
4 | adequate for the class.  Accordingly, the Court has signed and hereby adopts the terms of the
5 | Facility Consent Decree as presented.
6 |     It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY**
7 | **CONSENT DECREE – ARROYO GRANDE COMMUNITY HOSPITAL** be and hereby is
8 | **GRANTED**.

DATED:  March 12, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT