1   MARKO & MAGOLNICK, P. A.
2   DAVID E. MARKO (FL Bar No. 939633)
    CHARLES D. FERGUSON (FL Bar No. 741531)
3   3001 S. W. 3rd Avenue
    Miami, FL 33129
4   Telephone: (305) 285-2000
    Facsimile: (305) 285-5555
5
6   Attorneys for Plaintiffs
    EDWARD L. KEMPER and CONNIE J. ARNOLD
7
8   DOWNEY BRAND LLP
    DANIEL J. MCVEIGH (Bar No. 77410)
    MONICA S. HANS (Bar No. 227379)
9   621 Capitol Mall, 18th Floor
    Sacramento, CA  95814-4731
10  Telephone:    (916) 444-1000
    Facsimile:    (916) 444-2100
11
12  Attorneys for Defendant
    DIGNITY HEALTH, a California public benefit
13  Corporation, formerly named CATHOLIC
    HEALTHCARE WEST

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

17  EDWARD L. KEMPER and            Case No.:  2:06-CV-00295-LKK-PAN (JFM)
18  CONNIE J. ARNOLD, for themselves
    and all others similarly situated,   **ORDER GRANTING JOINT MOTION
19                                       FOR APPROVAL OF FACILITY
                Plaintiff,               CONSENT DECREE – MARIAN
20                                       REGIONAL MEDICAL CENTER**
21       v.
                                         Date:          March 17, 2014
22  CATHOLIC HEALTHCARE WEST, a          Time:          10:00 a.m.
    California corporation, et al.        Court Room:     4
23
                Defendants.              Before The Honorable Lawrence K. Karlton
24

25

26          On March 17, 2014, the joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE

27  J. ARNOLD, for themselves and all others similarly situated, and Defendant DIGNITY

28  HEALTH, a California public benefit corporation formerly named CATHOLIC HEALTHCARE

1  WEST, for an Order Approving the Facility Consent Decree for Marian Regional Medical Center,

2  formerly named Marian Medical Center, was heard by this Court.

3      The court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and

4  adequate for the class.  Accordingly, the Court has signed and hereby adopts the terms of the

5  Facility Consent Decree as presented.

6      It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY**

7  **CONSENT DECREE – MARIAN REGIONAL MEDICAL CENTER** be and hereby is

8  **GRANTED**.

9

10  DATED:  March 12, 2014.

11

12

13

14              LAWRENCE K. KARLTON
                SENIOR JUDGE

15               UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE –
MARIAN MEDICAL CENTER