MARKO & MAGOLNICK, P. A.
DAVID E. MARKO (FL Bar No. 939633)
CHARLES D. FERGUSON (FL Bar No. 741531)
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiffs
EDWARD L. KEMPER and CONNIE J. ARNOLD

DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
MONICA S. HANS (Bar No. 227379)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:   (916) 444-1000
Facsimile:     (916) 444-2100

Attorneys for Defendant
DIGNITY HEALTH, a California public benefit
Corporation, formerly named CATHOLIC
HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>Defendants. | Case No.: 2:06-CV-00295-LKK-EFB<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – FRENCH HOSPITAL MEDICAL CENTER**<br><br>Date:              April 21, 2014<br>Time:              10:00 a.m.<br>Court Room:    4<br><br>Before The Honorable Lawrence K. Karlton |

The court has reviewed the Facility Consent Decree for French Hospital Medical Center and finds that it is fair, reasonable and adequate for the class.  Accordingly, the Court has signed and hereby adopts the terms of the Facility Consent Decree as presented.

It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY**

1 **CONSENT DECREE – FRENCH HOSPITAL MEDICAL CENTER** be and hereby is
2 **GRANTED**.

4 DATED: April 8, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT