UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>Defendants. | Case No.: 2:06-cv-00295-TLN-EFB<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – GLENDALE MEMORIAL HOSPITAL** |

On May 6, 2015 Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant DIGNITY HEALTH, a California public benefit corporation formerly named CATHOLIC HEALTHCARE WEST, filed a joint motion (ECF No. 203) seeking an Order Approving the Facility Consent Decree for Glendale Memorial Hospital.

The Court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and adequate for the class.  Accordingly, the Court has signed and hereby adopts the terms of the Facility Consent Decree as presented.

/ / /

/ / /

1

1   It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY**
2   **CONSENT DECREE – GLENDALE MEMORIAL HOSPITAL** be and hereby is
3   **GRANTED**.

Dated:  November 3, 2015

_____
Troy L. Nunley
United States District Judge