UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation dba MERCY SAN JUAN MEDICAL CENTER, dba NORTHRIDGE HOSPITAL MEDICAL CENTER and OTHER CATHOLIC HEALTHCARE WEST OWNED FACILITIES,<br><br>Defendants. | Case No.  2:06-CV-00295-TLN-EFB<br><br>**SETTLEMENT CORRECTED FACILITY ORDER FOR ST. JOSEPH'S MEDICAL CENTER AND ST. JOSEPH'S BEHAVIORAL HEALTH CENTER** |

This matter, having come before the Court on the Unopposed Motion for a Settlement Corrected Facility Order for the St. Joseph's Medical Center and St. Joseph's Behavioral Health Center Facility, filed by Defendant Dignity Health, a California public benefit corporation formerly named Catholic Healthcare West ("Dignity Health"), and the Court having reviewed the Motion and being otherwise fully advised on the matter:

It is hereby **ORDERED AND ADJUDGED** that Dignity Health's Unopposed Motion for a Settlement Corrected Facility Order for the St. Joseph's Medical Center and St. Joseph's Behavioral Health Center Facility (ECF No. 218) is **GRANTED**. A Settlement Corrected Facility

Order is hereby entered as to St. Joseph's Medical Center and St. Joseph's Behavioral Health Center, including each of its related facilities as identified in Section 2 of the Facility Consent Decree – St. Joseph's Medical Center and St. Joseph's Behavioral Health Center, which has fulfilled its obligations under and complied with its Consent Decree and Facility Modification Plan. This Order constitutes a final judgment for purposes of Federal Rule of Civil Procedure 54.

Dated: November 19, 2015

Troy L. Nunley
United States District Judge