1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>  Defendants. | No.: 2:06-CV-00295-TLN-EFB<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – MARK TWAIN MEDICAL CENTER** |

This matter is before the Court on the joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant DIGNITY HEALTH, a California public benefit corporation formerly named CATHOLIC HEALTHCARE WEST, for an Order Approving the Facility Consent Decree for Mark Twain Medical Center.

The court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and adequate for the class. Accordingly, the Court has signed and hereby adopts the terms of the Facility Consent Decree as presented.

1

It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – MARK TWAIN MEDICAL CENTER** be and hereby is **GRANTED**.

Dated: January 18, 2017

Troy L. Nunley
United States District Judge