1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD L. KEMPER and                       No.:  2:06-CV-00295-TLN-EFB
     CONNIE J. ARNOLD, for themselves
12   and all others similarly situated,         **ORDER GRANTING JOINT MOTION
                                                FOR APPROVAL OF FACILITY
13                Plaintiff,                     CONSENT DECREE – ST. JOHN'S
                                                REGIONAL MEDICAL CENTER**
14          v.

15   CATHOLIC HEALTHCARE WEST, a
     California corporation, et al.
16
                  Defendants.
17

18

19          This matter is before the Court on the joint motion of Plaintiffs EDWARD L. KEMPER

20   and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant

21   DIGNITY HEALTH, a California public benefit corporation formerly named CATHOLIC

22   HEALTHCARE WEST, for an Order Approving the Facility Consent Decree for St. John's

23   Regional Medical Center.

24          The court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and

25   adequate for the class.  Accordingly, the Court has signed and hereby adopts the terms of the

26   Facility Consent Decree as presented.

27   / / /

28   / / /

                                                    1

1    It is hereby **ORDERED** that the **JOINT MOTION FOR APPROVAL OF FACILITY**

2    **CONSENT DECREE – ST. JOHN'S REGIONAL MEDICAL CENTER** be and hereby is

3    **GRANTED**.

4

5    Dated: January 18, 2017

6

7    _____
     Troy L. Nunley

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28