1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD L. KEMPER and CONNIE J.          No.  2:06-cv-00295-TLN-EFB
     ARNOLD, for themselves and all others
12   similarly situated,                     **SETTLEMENT CORRECTED FACILITY
                                             ORDER FOR MERCY MCMAHON
13                  Plaintiffs,              TERRACE (MERCY SENIOR HOUSING)**

14   v.

15   CATHOLIC HEALTHCARE WEST, a
     California corporation dba MERCY SAN
16   JUAN MEDICAL CENTER, dba
     NORTHRIDGE HOSPITAL MEDICAL
17   CENTER and OTHER CATHOLIC
     HEALTHCARE WEST OWNED
18   FACILITIES,

19                  Defendants.

20

21        This matter, having come before the Court on the Unopposed Motion for a Settlement

22   Corrected Facility Order for the Mercy McMahon Terrace (Mercy Senior Housing) Facility, filed

23   by Defendant Dignity Health, a California public benefit corporation formerly named Catholic

24   Healthcare West ("Dignity Health"), and the Court having reviewed the Motion and being

25   otherwise fully advised on the matter:

26        It is hereby **ORDERED AND ADJUDGED** that Dignity Health's Unopposed Motion for

27   a Settlement Corrected Facility Order for the Mercy McMahon Terrace (Mercy Senior Housing)

28   Facility is **GRANTED**.  A Settlement Corrected Facility Order is hereby entered as to Mercy

                                             1

1   McMahon Terrace (Mercy Senior Housing), including each of its related facilities as identified in

2   Section 2 of the Facility Consent Decree – Mercy McMahon Terrace (Mercy Senior Housing),

3   which has fulfilled its obligations under and complied with its Consent Decree and Facility

4   Modification Plan.  This Order constitutes a final judgment for purposes of Federal Rule of Civil

5   Procedure 54.

6

7   Dated: January 18, 2017

8

9                                                                  Troy L. Nunley

10                                                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2