1  MARKO & MAGOLNICK, P. A.
   DAVID E. MARKO (FL Bar No. 939633)
2  3001 S. W. 3rd Avenue
3  Miami, FL 33129
   Telephone: (305) 285-2000
4  Facsimile: (305) 285-5555

5  Attorneys for Plaintiffs
   EDWARD L. KEMPER and CONNIE J. ARNOLD
6

7  DOWNEY BRAND LLP
   DANIEL J. MCVEIGH (Bar No. 77410)
8  ELIZABETH B. STALLARD (Bar No. 221445)
   621 Capitol Mall, 18th Floor
9  Sacramento, CA  95814-4731
   Telephone:    (916) 444-1000
10 Facsimile:    (916) 444-2100

11 Attorneys for Defendant
   DIGNITY HEALTH, a California public benefit
12 Corporation, formerly named CATHOLIC
   HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation, et al.<br><br>Defendants. | No.: 2:06-cv-00295-TLN-EFB<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FACILITY CONSENT DECREE – ST. MARY MEDICAL CENTER LONG BEACH** |

The joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, and Defendant DIGNITY HEALTH, a California public benefit corporation formerly named CATHOLIC HEALTHCARE WEST, for

///

1

an order approving the Facility Consent Decree for St. Mary Medical Center Long Beach was considered by this Court.

The Court has reviewed the Facility Consent Decree and finds that it is fair, reasonable and adequate for the class. Accordingly, the Court has signed and hereby adopts the terms of the Facility Consent Decree as presented.

The Joint Motion for Approval of Facility Consent Decree – St. Mary Medical Center Long Beach is hereby GRANTED.

IT IS SO ORDERED.

Dated: May 23, 2017

Troy L. Nunley
United States District Judge