1   MARKO & MAGOLNICK, P. A.
    DAVID E. MARKO (FL Bar No. 939633)
2   3001 S. W. 3rd Avenue
    Miami, FL 33129
3   Telephone: (305) 285-2000
4   Facsimile: (305) 285-5555

5   Attorneys for Plaintiffs
    EDWARD L. KEMPER and CONNIE J. ARNOLD
6

7   DOWNEY BRAND LLP
    DANIEL J. MCVEIGH (Bar No. 77410)
8   ELIZABETH B. STALLARD (Bar No. 221445)
    621 Capitol Mall, 18th Floor
9   Sacramento, CA  95814-4731
    Telephone:    (916) 444-1000
    Facsimile:    (916) 444-2100
10

11  Attorneys for Defendant
    DIGNITY HEALTH, a California public benefit
12  Corporation, formerly named CATHOLIC
    HEALTHCARE WEST

13

14                  UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16

17  EDWARD L. KEMPER and                    No.:  2:06-cv-00295-TLN-EFB
    CONNIE J. ARNOLD, for themselves
18  and all others similarly situated,      **ORDER GRANTING JOINT MOTION
                                            FOR APPROVAL OF FACILITY
19              Plaintiffs,                  CONSENT DECREE – ST. JOHN'S
                                            PLEASANT VALLEY HOSPITAL**
20         v.

21  CATHOLIC HEALTHCARE WEST, a
    California corporation, et al.
22
                Defendants.
23

24

25         The joint motion of Plaintiffs EDWARD L. KEMPER and CONNIE J. ARNOLD, for

26  themselves and all others similarly situated, and Defendant DIGNITY HEALTH, a California

27  public benefit corporation formerly named CATHOLIC HEALTHCARE WEST, for

28  ///

                                          1

1   an order approving the Facility Consent Decree for St. John's Pleasant Valley Hospital was

2   considered by this Court.

3        The Court has reviewed the Facility Consent Decree and finds that it is fair, reasonable

4   and adequate for the class.  Accordingly, the Court has signed and hereby adopts the terms of the

5   Facility Consent Decree as presented.

6        The Joint Motion for Approval of Facility Consent Decree – St. John's Pleasant Valley

7   Hospital is hereby GRANTED.

8

9   Dated: May 23, 2017

10

11  _____
    Troy L. Nunley
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28