UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER, et al., | Case No. 2:06-cv-00295-TLN-EFB |
| Plaintiffs, | **SETTLEMENT CORRECTED FACILITY ORDER FOR ARROYO GRANDE COMMUNITY HOSPITAL** |
| v. | |
| CATHOLIC HEALTHCARE WEST, a California corporation dba MERCY SAN JUAN MEDICAL CENTER, dba NORTHRIDGE HOSPITAL MEDICAL CENTER and OTHER CATHOLIC HEALTHCARE WEST OWNED FACILITIES, | |
| Defendants. | |

This matter, having come before the Court on the Unopposed Motion for a Settlement Corrected Facility Order for the Arroyo Grande Community Hospital Facility, filed by Defendant Dignity Health, a California public benefit corporation formerly named Catholic Healthcare West ("Dignity Health"), and the Court having reviewed the Motion and being otherwise fully advised on the matter:

It is hereby **ORDERED AND ADJUDGED** that Dignity Health's Unopposed Motion for a Settlement Corrected Facility Order for the Arroyo Grande Community Hospital Facility is **GRANTED**. A Settlement Corrected Facility Order is hereby entered as to Arroyo Grande Community Hospital, including each of its related facilities as identified in Section 2 of the

1

Facility Consent Decree – Arroyo Grande Community Hospital, which has fulfilled its obligations under and complied with its Consent Decree and Facility Modification Plan. This Order constitutes a final judgment for purposes of Federal Rule of Civil Procedure 54.

Dated: July 12, 2017

Troy L. Nunley
United States District Judge