| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | DANIEL J. MCVEIGH (Bar No. 77410) |
| 2 | ELIZABETH B. STALLARD (Bar No. 221445) |
| | 621 Capitol Mall, Eighteenth Floor |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 444-1000 |
| 4 | Facsimile: (916) 444-2100 |
| | estallard@downeybrand.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | DIGNITY HEALTH, a California public benefit |
| | corporation, formerly named CATHOLIC |
| 7 | HEALTHCARE WEST |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated, | No. 2:06-cv-00295-TLN-EFB |
| Plaintiffs, | **SETTLEMENT CORRECTED FACILITY ORDER FOR MERCY MEDICAL CENTER MERCED, DOMINICAN CAMPUS** |
| v. | |
| CATHOLIC HEALTHCARE WEST, a California corporation dba MERCY SAN JUAN MEDICAL CENTER, dba NORTHRIDGE HOSPITAL MEDICAL CENTER and OTHER CATHOLIC HEALTHCARE WEST OWNED FACILITIES, | |
| Defendants. | |

This matter, having come before the Court on the Unopposed Motion for a Settlement Corrected Facility Order for the Mercy Medical Center Merced, Dominican Campus Facility, filed by Defendant Dignity Health, a California public benefit corporation formerly named Catholic Healthcare West ("Dignity Health"), and the Court having reviewed the Motion and being otherwise fully advised on the matter:

/ / /

It is hereby **ORDERED AND ADJUDGED** that Dignity Health's Unopposed Motion for a Settlement Corrected Facility Order for the Mercy Medical Center Merced, Dominican Campus Facility is **GRANTED**. A Settlement Corrected Facility Order is hereby entered as to Mercy Medical Center Merced, Dominican Campus, including each of its related facilities as identified in Section 2 of the Facility Consent Decree – Mercy Medical Center Merced, Dominican Campus, which has fulfilled its obligations under and complied with its Consent Decree and Facility Modification Plan. This Order constitutes a final judgment for purposes of Federal Rule of Civil Procedure 54.

Dated: April 26, 2018

Troy L. Nunley
United States District Judge