UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation dba MERCY SAN JUAN MEDICAL CENTER, dba NORTHRIDGE HOSPITAL MEDICAL CENTER and OTHER CATHOLIC HEALTHCARE WEST OWNED FACILITIES,<br><br>Defendants. | Case No. 2:06-CV-00295-TLN-EFB<br><br>**SETTLEMENT CORRECTED FACILITY ORDER FOR MARK TWAIN MEDICAL CENTER** |

This matter, having come before the Court on the Unopposed Motion for a Settlement Corrected Facility Order for the Mark Twain Medical Center Facility, filed by Defendant Dignity Health, a California public benefit corporation formerly named Catholic Healthcare West ("Dignity Health"), and the Court having reviewed the Motion and being otherwise fully advised on the matter:

///

It is hereby ORDERED that Dignity Health's Unopposed Motion for a Settlement Corrected Facility Order for the Mark Twain Medical Center Facility (ECF No. 299) is GRANTED.  A Settlement Corrected Facility Order is hereby entered as to Mark Twain Medical Center, including each of its related facilities as identified in Section 2 of the Facility Consent Decree – Mark Twain Medical Center, which has fulfilled its obligations under and complied with its Consent Decree and Facility Modification Plan.  This Order constitutes a final judgment for purposes of Federal Rule of Civil Procedure 54.

DATED:  October 2, 2020

Troy L. Nunley
United States District Judge