1  DOWNEY BRAND LLP
   DANIEL J. MCVEIGH (Bar No. 77410)
2  ELIZABETH B. STALLARD (Bar No. 221445)
   621 Capitol Mall, Eighteenth Floor
3  Sacramento, CA  95814
   Telephone: (916) 444-1000
4  Facsimile: (916) 444-2100
   estallard@downeybrand.com
5
   Attorneys for Defendant
6  DIGNITY HEALTH, a California public benefit
   corporation, formerly named CATHOLIC
7  HEALTHCARE WEST

8

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11  EDWARD L. KEMPER and CONNIE J.          Case No.  2:06-CV-00295-TLN-EFB
    ARNOLD, for themselves and all others
12  similarly situated,                     **SETTLEMENT CORRECTED
                                            FACILITY ORDER FOR ST. JOHN'S
13            Plaintiffs,                   PLEASANT VALLEY HOSPITAL (ST.
                                            JOHN'S HOSPITAL CAMARILLO)**
14  v.

15  CATHOLIC HEALTHCARE WEST, a
    California corporation dba MERCY SAN
16  JUAN MEDICAL CENTER, dba                Date:     July 14, 2022
    NORTHRIDGE HOSPITAL MEDICAL            Time:     2:00 p.m.
17  CENTER and OTHER CATHOLIC              Ctrm:     2, 15th Floor
    HEALTHCARE WEST OWNED                  Judge:    Honorable Troy L. Nunley
18  FACILITIES,

19            Defendants.

20

21

22       This matter, having come before the Court on the Unopposed Motion for a Settlement

23  Corrected Facility Order for the St. John's Pleasant Valley Hospital (which is now named St.

24  John's Hospital Camarillo) Facility, filed by Defendant Dignity Health, a California public

25  benefit corporation formerly named Catholic Healthcare West ("Dignity Health"), and the Court

26  having reviewed the Motion and being otherwise fully advised on the matter:

27       It is hereby **ORDERED AND ADJUDGED** that Dignity Health's Unopposed Motion for

28  a Settlement Corrected Facility Order for the St. John's Pleasant Valley Hospital (St. John's

                                            1

1   Hospital Camarillo) Facility is **GRANTED**. A Settlement Corrected Facility Order is hereby

2   entered as to St. John's Pleasant Valley Hospital (St. John's Hospital Camarillo), including each

3   of its related facilities as identified in Section 2 of the Facility Consent Decree – St. John's

4   Pleasant Valley Hospital (St. John's Hospital Camarillo), which has fulfilled its obligations under

5   and complied with its Consent Decree and Facility Modification Plan. This Order constitutes a

6   final judgment for purposes of Federal Rule of Civil Procedure 54.

7

8   DATED: June 10, 2022

9

10                                                          Troy L. Nunley
                                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SETTLEMENT CORRECTED FACILITY ORDER FOR ST. JOHN'S PLEASANT VALLEY HOSPITAL
(ST. JOHN'S HOSPITAL CAMARILLO)