DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
estallard@downeybrand.com

Attorneys for Defendant
DIGNITY HEALTH, a California public benefit
corporation, formerly named CATHOLIC
HEALTHCARE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California corporation dba MERCY SAN JUAN MEDICAL CENTER, dba NORTHRIDGE HOSPITAL MEDICAL CENTER and OTHER CATHOLIC HEALTHCARE WEST OWNED FACILITIES,<br><br>Defendants. | Case No.  2:06-CV-00295-TLN-EFB<br><br>**SETTLEMENT CORRECTED FACILITY ORDER FOR GLENDALE MEMORIAL HOSPITAL**<br><br>Date: December 15, 2022<br>Time: 2:00 p.m.<br>Ctrm: 2, 15th Floor<br>Judge: Honorable Troy L. Nunley |

This matter, having come before the Court on the Unopposed Motion for a Settlement Corrected Facility Order for the Glendale Memorial Hospital Facility, filed by Defendant Dignity Health, a California public benefit corporation formerly named Catholic Healthcare West ("Dignity Health"), and the Court having reviewed the Motion and being otherwise fully advised on the matter:

It is hereby **ORDERED AND ADJUDGED** that Dignity Health's Unopposed Motion for a Settlement Corrected Facility Order for the Glendale Memorial Hospital Facility is

**GRANTED**. A Settlement Corrected Facility Order is hereby entered as to Glendale Memorial Hospital, including each of its related facilities as identified in Section 2 of the Facility Consent Decree – Glendale Memorial Hospital, which has fulfilled its obligations under and complied with its Consent Decree and Facility Modification Plan. This Order constitutes a final judgment for purposes of Federal Rule of Civil Procedure 54.

DATED: November 3, 2022

_____
Troy L. Nunley
United States District Judge